UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ANGELA STEWART, and other similarly Situated employees, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 3:14-CV-310-TAV-HBG |
| ELAVON, INC., | ) ) | |
| Defendant. | ) ) | |

# ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate H. Bruce Guyton, on May 10, 2016 (the "R&R") [Doc. 33]. In the R&R, Magistrate Judge Guyton recommends that the Joint Motion to Approve FLSA Settlement and to Dismiss Plaintiff's Claims with Prejudice and Request for Order Re Tolling of Putative Class Members [Doc. 30] be granted in part and denied in part. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 33]. The Court hereby **GRANTS IN PART and DENIES IN PART** the Joint Motion to Approve FLSA Settlement and to Dismiss Plaintiff's Claims with Prejudice and Request for Order Re

Tolling of Putative Class Members [Doc. 30]. The Court hereby **APPROVES** the Settlement Agreement, but will not place it under seal.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE
